**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER ROJO,<br><br>　　　　　　　　　Defendant. | Case No.: 15cr01430-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

　　Upon motion of the United States of America and good cause appearing,

　　IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: July 8, 2015

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge